# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRANCE WONGUS, : | |
|           Plaintiff, : | |
| v. : | |
| : | CIVIL ACTION NO. 18-4445 |
| CORRECTIONAL EMERGENCY : | |
| RESPONSE TEAM ("CERT"), JANE AND/ : | |
| OR JOHN DOE CERT TEAM : | |
| MEMBER(S), SUPERINTENDENT : | |
| TAMMY FURGUSON, MAJOR BOWMAN, : | |
| AND THOSE WHOSE INVOLVEMENTS : | |
| AND/OR IDENTITIES ARE PRESENTLY : | |
| NOT KNOWN : | |
|           Defendants. : | |

## ORDER

**AND NOW,** this 19th day of July 2019, upon consideration of Motion to Dismiss [Doc. No. 10] and the response thereto, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiff's Complaint is **DISMISSED without prejudice**.

2. Plaintiff is granted leave to file an amended complaint no later than **August 19, 2019**.

3. If Plaintiff does not file an amended complaint the case will be closed.

It is so **ORDERED.**

                                              **BY THE COURT:**

                                              /s/ Cynthia M. Rufe
                                              _____
                                              **CYNTHIA M. RUFE, J.**